*Philip Hart, Jun.* v. *James H. Hooker et al.* C. H. RICH-ARDS, for complainant; J. FORSYTH, for defendants. Exceptions to master's report overruled, with costs. Defendants ordered to pay those costs, together with the costs of the exceptions to the

answer and of the proceedings thereon, within twenty days after service of the taxed bill; and to put in their further answer within the time fixed by the master.